## APPEARANCE FORM FOR PRO SE LITIGANTS
### DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: __ORA KUYKENDALL__
(Please print)

STREET ADDRESS: __434 CRandon Ave__

CITY/STATE/ZIP: __Calumet City, Ill 60409__

PHONE NUMBER: __(708) 832-1656__

CASE NUMBER: **08CV3746**
**JUDGE LINDBERG**
**MAG. JUDGE KEYS**

__Ora Kuykendall__     __6/25/08__
Signature                 Date

F I L E D

JUL - 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT