## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3746 | **DATE** | 7/14/2008 |
| **CASE TITLE** | Kuykendall v. Solo Cup Company | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to proceed in forma pauperis [4] is granted.  Plaintiff's motion for appointment of counsel [5] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | slb |
|---|---|---|