## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George W. Lindberg | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3746 | **DATE** | 7/21/2008 |
| **CASE TITLE** | Kukendall vs. Solo Cup Company | | |

**DOCKET ENTRY TEXT**

Thomas P. White; Schiff Hardin LLP; 6600 Sears Tower; Chicago, Illinois 60606; (312) 258-5767 is appointed counsel on behalf of the plaintiff.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|