## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George W. Lindberg | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3746 | **DATE** | 7/28/2008 |
| **CASE TITLE** | Kuykendall vs. Solo Cup | | |

**DOCKET ENTRY TEXT**

Status hearing set for 9/10/2008 at 9:30a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|